USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TAVON TURNER,

                      Plaintiff,            24-CV-8017 (JMF) (KHP)

     -against-                 **INITIAL CASE MANAGEMENT**
                                                          **CONFERENCE ORDER**

GOTHAM DISPENSARY LLC et al.,

                      Defendants,
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    This action is scheduled for an Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **Tuesday, January 14, 2025 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    **Rule 26(f) Conference.**  Counsel for the parties are directed to confer at least 21 days before the date of the Initial Case Management Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure.  The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

    **Rule 16(b) Conference.**  The parties will be required to discuss at the Rule 26(f) conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure.

    **Proposed Scheduling Order**.  Parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at http://nysd.uscourts.gov/judge/Parker, and file it on ECF one week before the scheduled conference.

Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted one week before the scheduled conference. The letter shall be filed via ECF.

**Attendance**. Counsel attending must be authorized to make stipulations and admissions about all matters that can reasonably be anticipated for discussion at the Initial Case Management Conference.

**Consent to Proceed Before the Magistrate Judge.** The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

SO ORDERED.

DATED:   New York, New York
         October 28, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge

2