Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

December 16, 2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TAVON TURNER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

HYDROMAN DISPENSARY LLC and GOTHAM CAURD LLC,

Defendants.

**Civil Action No. 1:24-cv-24-8017**

**ECF Case**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: New York, New York
12/13/2024

**JOSEPH & NORINSBERG LLC**

Sign:____________________

*Attorneys for Plaintiff Juan Igartua*
Jon L. Norinsberg, Esq.
*Senior Partner*
**JON L. NORINSBERG, ESQ., PLLC**
110 East 59th Street, Suite 2300
New York, NY 10022
Office: (212) 791-5396
Direct: (917) 405-8258
Fax: (212) 406-6890

**FEUERSTEIN KULICK LLP**

Sign: Richard Trotter

*Attorneys for Defendants Hydroman Dispensary LLC and Gotham CAURD LLC*
Richard Trotter
*Partner*
**FEUERSTEIN KULICK LLP**
420 Lexington Ave, Suite 2024
New York, N.Y. 10170
Office: (646) 768-0588
Direct: (201) 410-4737
Fax: (917) 634-3701