USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/16/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TAVON TURNER,

       Plaintiff,

   -against-

GOTHAM DISPENSARY LLC et al.,

       Defendants,
-----------------------------------------------------------------X

**24-CV-8017 (JMF) (KHP)**

**ORDER ADJOURNING**
**INITIAL CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Stipulation of Dismissal filed on December 16, 2024 (doc. no 14) the Initial

Case Management Conference currently scheduled for **January 14, 2025** is hereby adjourned

*sine die*.

   **SO ORDERED.**

DATED:  New York, New York
    December 16, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge